Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Xavier L. Woodford (State Bar No. 355326)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com
xavier@ferrarovega.com

*Attorneys for Plaintiffs David Victor Miranda et al.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VICTOR MIRANDA *et al* <br><br> Plaintiffs, <br><br> v. <br><br> CENTERRA SERVICES INTERNATIONAL, INC., CENTERRA GROUP, LLC, and CONSTELLIS, LLC and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:24-cv-2340-BAS-MMP <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RECENTLY DECIDED AUTHORITY REGARDING PENDING MOTION TO DISMISS (Dkt. #23)** |

PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RECENTLY DECIDED AUTHORITY REGARDING PENDING MOTION TO DISMISS

Defendants' summary of *Harrington v. Cracker Barrel Old Country Store, Inc.*, ____ F.4th ____, 2025 WL 1803034 (9th Cir. July 1, 2025) is generally accurate in the sense that the Ninth Circuit joined most of the other circuits in ruling that out-of-state opt in employees cannot participate in a nationwide FLSA collective action without specific personal jurisdiction over their unique claims that comprise the collective action.

In this action, this issue is not ripe because no notice has gone out to employees and because there are no out-of-state opt ins at this time.

More importantly, however, Plaintiff intends to file a motion to transfer venue to move this entire action to a district court with general jurisdiction over the defendants. This avoids the jurisdictional problem and is a response to the Ninth Circuit's decision in Cracker Barrel. Plaintiff intends to file this motion within 10-14 days after meeting and conferring on the issue with counsel.

There are other issues in the motion to dismiss that do not concern the FLSA jurisdictional opt in issue. Plaintiff defers to the Court on whether it would like to rule on those claims or wait until the motion to transfer venue is briefed to deal with everything at once. There are pros and cons to either approach.

Respectfully submitted,

Dated: August 19, 2025          ***Ferraro Vega Employment Lawyers, Inc.***

                                              /s/ Nicholas J. Ferraro
                                              Nicholas J. Ferraro
                                              *Attorney for Plaintiffs*

1                                              3:24-cv-2340-BAS-MMP

PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RECENTLY DECIDED AUTHORITY REGARDING PENDING MOTION TO DISMISS