Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com

Attorneys for Plaintiffs David Victor Miranda et al.

[*Counsel for Defendants Listed on Next Page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID VICTOR MIRANDA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CENTERRA SERVICES INTERNATIONAL, INC., CENTERRA GROUP, LLC, and CONSTELLIS, LLC, and DOES 1 through 50, inclusive,

Defendants.

Case No. 24-cv-2340-BAS-MMP

Assigned to Hon. Cynthia Bashant
Referred to Hon. Michelle M. Pettit

**JOINT STIPULATION OF SETTLEMENT AND REQUEST TO CONTINUE AMENDMENT AND RESPONSIVE PLEADING DEADLINE PENDING DISMISSAL**

**[Proposed Order Lodged Via Word With the Court]**

Action Filed: December 16, 2024
Trial Date: None Set

**McGuireWoods LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
Email: sbeldner@mcguirewoods.com
Charles J. Ureña (SBN 348232)
Email: curena@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200
Fax: (310) 315-8210

**McGuireWoods LLP**
Christopher M. Michalik (admitted *pro hac vice*)
Email: cmichalik@mcguirewoods.com
Gateway Plaza, 800 E. Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

**Seltzer Caplan McMahon Vitek**
Daniel Eaton (SBN 144663)
750 B Street, Suite 2100
San Diego, CA 92101-8177
Tel: (619) 685-3003
Fax: (619) 685-3100

Attorneys for Defendants
CENTERRA SERVICES INTERNATIONAL, INC.,
CENTERRA GROUP, LLC, and CONSTELLIS, LLC

**RECITALS**

**WHEREAS,** on December 16, 2024, Plaintiff David Victor Miranda ("Plaintiff Miranda") filed a Class and Collective Action Complaint (the "Complaint") against Defendant Centerra Services International, Inc. ("CSI") in the United States District Court for the Southern District of California, and personally served the same upon Defendant on December 18, 2024 (Dkt. #1);

**WHEREAS,** on January 22, 2025, Plaintiff Miranda filed a First Amended Class and Collective Action Complaint ("FAC") in this Action which, *inter alia*, added two additional defendants, Centerra Group, LLC ("Centerra") and Constellis, LLC ("Constellis") (CSI, Centerra, and Constellis are referred to herein as "Defendants") to the Action (Dkt. #8);

**WHEREAS,** on January 31, 2025, Defendants sent a meet and confer email to Plaintiff's Counsel regarding Defendants' Motion to Dismiss and/or Strike Plaintiff's FAC, and on March 5, 2025, Plaintiff Miranda and Defendants filed a Joint Motion to File Second Amended Class and Collective Action Complaint ("SAC") (Dkt. #16), which was approved by Court Order on March 10, 2025 (Dkt. #17);

**WHEREAS,** on March 10, 2025, Plaintiff Miranda filed his SAC in this Action, adding Plaintiff Veon Carroll ("Plaintiff Carroll") (Plaintiffs Miranda and Carroll collectively, "Plaintiffs") (Plaintiffs and Defendants, collectively, the "Parties");

**WHEREAS**, on April 7, 2025, Defendants filed a Motion to Dismiss the SAC, and on December 29, 2025, the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiffs' SAC, which granted Plaintiffs leave to amend certain claims in the SAC by January 12, 2026 (Dkt. #31);

**WHEREAS,** before this action was filed, on March 8, 2024, plaintiff Nora Montenegro ("Montenegro") filed a complaint against CSI, Centerra and Constellis Integrated Risk Management Services, Inc. ("CIRMS") in the Superior Court of the

State of California for the County of San Diego, alleging certain Labor Code violations in a representative capacity pursuant to Labor Code section 2698 *et seq.* ("PAGA"), entitled *Nora Montenegro v. Constellis Integrated Risk Management Services, Inc. et al.* (San Diego Superior Court Case No. 37-2024-00011032-CU-OE-CTL) (the "Montenegro Action");

**WHEREAS,** the Montenegro Action was settled and the settlement was preliminarily approved on July 18, 2025 on both a putative class action and PAGA basis as to a class of "all persons who were employed by and received wages from CSI in an hourly-paid, non-exempt role at any time and who worked at least one Qualifying Pay Period … at any time from December 13, 2022 through May 16, 2025" on certain California contracts held by CSI, which include the contracts on which the Plaintiffs in this action worked;

**WHEREAS,** following the preliminary approval of the Montenegro Settlement, seven (7) employees opted out of the Montenegro Settlement, including Plaintiffs Miranda and Carroll;

**WHEREAS,** on January 7, 2026, the Court entered an Order in this Action granting the Parties' joint motion to extend the deadline for Plaintiffs to file a Third Amended Complaint to February 11, 2026, in light of the Montenegro Settlement (Dkt. #33);

**WHEREAS,** on January 9, 2026, the Unopposed Motion for Final Approval of Class Action Settlement was granted in the Montenegro Action, thereby extinguishing the claims of most employees Plaintiffs seek to represent in this Action;

**WHEREAS,** on February 5, 2026, the Court entered an Order in this Action granting the Parties' joint motion to further extend the deadline for Plaintiffs to file a Third Amended Complaint to March 13, 2026, in order to afford the Parties additional time to achieve resolution for the seven employees who opted out of the Montenegro Settlement (Dkt. #35);

**WHEREAS,** the Parties have reached a settlement in principle with Plaintiffs Miranda and Carroll that will resolve this action, as well as the five other employees who opted out of the Montenegro Settlement;

**WHEREAS,** the Parties are memorializing and handling settlement obligations and wish to have additional time to complete this process in lieu of engaging in further litigation efforts; and

**WHEREAS,** to conserve the resources of both the Parties and the Court and prevent needless motion practice, and to afford the Parties sufficient time to fulfill settlement obligations and seek to dismiss this action, good cause exists to extend Plaintiffs' deadline to file any Third Amended Complaint by 60 days, to May 12, 2026.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and the Defendants, on the other hand, by and through their respective undersigned counsel, that:

1. Plaintiffs' time within which to serve and file any Third Amended Class Action Complaint in this Action shall be and hereby is extended to May 12, 2026;

2. To the extent no Third Amended Complaint is filed on or before May 12, 2026 and the case has not otherwise been dismissed by that time, Defendants' time within which to serve and file any pleadings responsive to the SAC shall be and hereby is extended to May 19, 2026; and

3. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action.

DATED: March 3, 2026

**Ferraro Vega Employment Lawyers, Inc.**

By: */s/ Nicholas Ferraro* (with permission)
Nicholas J. Ferraro
Attorneys for Plaintiff

DATED: March 3, 2026

**MCGUIREWOODS LLP**

By: */s/ Sabrina A. Beldner*
Sabrina A. Beldner
Charles J. Ureña
Attorneys for Defendants